UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VALICIA RAWLINS

                  Plaintiff,

    v.

                                     1:15-CV-727

CARTER BUSINESS SERVICE, INC.,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

KIMMEL & SILVERMAN PC                     CRAIG T. KIMMEL, ESQ.
Attorneys for Plaintiff                   JOSEPH C. HOEFFEL, ESQ.
30 East Butler Avenue
Ambler, PA 19002

PELTAN LAW, PLLC                          DAVID G. PELTAN, ESQ.
Attorneys for Defendant
128 Church Street
East Aurora, NY 14052

DAVID N. HURD
United States District Judge

# **O R D E R**

      Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on July 22, 2016, in Utica, New York, it is hereby

      ORDERED that

      Plaintiff Valicia Rawlins' motion for summary judgment is DENIED.

      IT IS SO ORDERED

_____
United States District Judge

Dated: July 22, 2016
      Utica, New York.